

**FILED**

**JUN 1 5 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHEIKH WASEEM UL HAQ, and TAHIR SAEED,<br><br>Defendants. | Criminal Action No. 12-cr-240 (BAH)<br><br>**UNDER SEAL** |

## ORDER

Upon consideration of Defendant Ul Haq's Motion for Bond Review, ECF No. 74, and the government's response thereto, ECF No. 77, as well as the government's Joint Sentencing Status Report as of June 13, 2016, ECF No. 78, and the entire record herein, it is

**ORDERED** that the detention hearing for Defendant Ul Haq scheduled for June 17, 2016, is vacated; and it is further

**ORDERED** that a hearing is scheduled for July 9, 2016, to address Defendant Ul Haq's Motion for Bond Review, at which Abid Shaikh shall have the opportunity to appear; and it is further

**ORDERED** that a presentence investigation report shall be prepared for Defendant Saeed; and it is further

**ORDERED** that a sentencing hearing for Defendant Saeed is schedule for August 10, 2016, at 9:30 a.m.

**SO ORDERED.**

Date: June 15, 2016

BERYL A. HOWELL
Chief Judge